IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INTERNATIONAL MECHANICAL SERVICES, INC. <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 5:17-CV-00677 |
| ANTHONY & GORDON CONSTRUCTION COMPANY, INC. and GREAT AMERICAN INSURANCE COMPANY | § § § § § | |

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs.

San Antonio, Texas this __31st__ day of __October__, 2018.

_____
United States District Judge